## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BACKERTOP LICENSING LLC, a Texas company, | § § § § § § § § § § § | |
| Plaintiff | | Case No. 22-cv-10142 |
| v. | | JURY TRIAL DEMANDED |
| JUSTWORKS, INC. a Delaware company, | | |
| Defendant | | |

### DEFENDANT'S UNOPPOSED MOTION FOR
### EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendant Justworks, Inc. ("Defendant"), without waiving any defenses described or referred to in Rule 12 of the Federal Rules of Civil Procedure, moves to extend the time to answer, object to, move, or otherwise respond to Plaintiff Backertop Licensing LLC's ("Plaintiff") complaint to and including January 18, 2023. This is a 30-day extension. This motion is not made for delay, but only to permit orderly resolution. There have been no other extensions requested by Defendant as to the complaint.

Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff is not opposed to the extension of time sought by this motion

**Def's Unopp. Motion for Extension of Time to Answer Plaintiff's Complaint – Page 1**

Dated: December 21, 2022         Respectfully submitted,

By*: /s/ Krishnan Padmanabhan*
Krishnan Padmanabhan
New York Reg. No. 4757183
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax No.: (212) 294-4700
KPadmanabhan@winston.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 21, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan